/

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUANA MARIA LERMA, INDIVIDUALLY | § | |
| and as REPRESENTATIVE OF THE ESTATE OF | § | |
| CAMERINO MARTINEZ CANTU and as | § | |
| NEXT FRIEND OF LEIDY VANESSA | § | |
| MARTINEZ, | § | |
| Plaintiffs, | § | |
| | § | **B-02- ·022** |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| RICARDO MARTINEZ CARDENAZ, | § | |
| INDIVIDUALLY and D/B/A DEBASTES Y | § | |
| MAQUINADOS INDUSTRIALES DE | § | |
| MATAMOROS, S.A. DE C.V., | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT, RICARDO MARTINEZ CARDENAS, and files this his

Notice of Removal and would respectfully show unto the Court as follows:

I.

RICARDO MARTINEZ CARDENAS, is named as a Defendant in a civil action brought on

December 3, 2001, in the 107th District Court of the State of Texas, County of Cameron, entitled

"Juana Maria Lerma, Individually and as Representative of the Estate of Camerino Martinez Cantu,

and as Next Friend of Leidy Vanessa Martinez, Plaintiffs, versus Ricardo Martinez Cardenaz,

Individually and d/b/a Desbastes Y Maquinados Industriales De Matamoros, S.A. De C.V.,

Defendants", Cause No. 2001-12-5080-A. A certified copy of the docket sheet, citation, and petition

in that action is attached and constitutes all process, pleading, and orders served in the action.

II.

The citation and petition in the action were served on Defendant on January 17th, 2002, in Cameron County, Texas. This Notice of Removal is filed within thirty (30) days of receipt of the petition and is timely filed under 28 U.S.C. §1446(b).

III.

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that every Defendant is now and was at the time the action was commenced diverse in citizenship from every Plaintiff. No Plaintiff is or was at the time the suit was commenced a citizen of the State of Texas.

Juana Maria Lerma, Individually and as Representative of the Estate of Camerino Martinez Cantu, and as Next Friend of Leidy Vanessa Martinez, Plaintiffs, are domiciled in Matamoros, Tamaulipas, Mexico, and was domiciled there at the time this action was commenced. Plaintiff was at that time and is now a citizen of the Country of Mexico.

Ricardo Martinez Cardenaz, Individually and d/b/a Desbastes Y Maquinados Industriales De Matamoros, S.A. De C.V., Defendant, is alleged to be a resident of the State of Texas with his domicile at 2411 Calle Retama, Brownsville, Texas 78520.

IV.

The amount in controversy in this action is presumed to exceed, exclusive of interest and costs, the sum of $75,000.00. Should Plaintiff prevail on their claims against Defendant stated in the Plaintiff's Original Petition, attached to this notice, Plaintiffs would be entitled to damages in excess of $75,000.00.

# CERTIFIED COPY

CAUSE NO. 2001-12-5080-A

FILED _____ 355 _____ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

DEC 0 3 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

| | | |
|---|---|---|
| JUANA MARIA LERMA, INDIVIDUALLY | § | IN THE DISTRICT COURT |
| and as REPRESENTATIVE OF THE | § | |
| ESTATE OF CAMERINO MARTINEZ | § | |
| CANTU and as NEXT FRIEND OF LEIDY | § | |
| VANESSA MARTINEZ | § | |
| | § | |
| V. | § | OF CAMERON COUNTY, TEXAS |
| | § | |
| RICARDO MARTINEZ CARDENAZ, | § | |
| INDIVIDUALLY AND D/B/A DEBASTES | § | |
| Y MAQUINADOS INDUSTRIALES DE | § | |
| MATAMOROS, S.A. DE C.V. | § | 107th JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Juana Maria Lerma, Individually and as Representative of the Estate of Camerino Martinez Cantu, Deceased, and as Next Friend of Leidy Vanessa Martinez, complains of Defendant Ricardo Martinez Cardenaz, Individually and d/b/a Debastes y Maquinados Industriales de Matamoros, S.A. de C.V. ("Defendants") and would respectfully show as follows:

I.

## PARTIES

Plaintiff Juana Maria Lerma, Individually and as Representative of the Estate of Camerino Martinez Cantu, Deceased, and as Next Friend of Leidy Vanessa Martinez is a resident of Matamoros, Tamaulipas, Mexico.

Defendant Ricardo Martinez Cardenaz individually and d/b/a as Debastes y Maquinados Industriales de Matamoros, S.A. de C.V., is a resident of Texas and may be served with process at 1609 Guadalajara, Brownsville, Texas 78521 or 2411 Calle Retama, Brownsville, Texas 78520.

F:\data\Users\ACS\Lerma (Matamoros) (file not open yet)\POP.wpd

## II.

## DISCOVERY CONTROL PLAN

Plaintiff requests that this case be governed by Discovery Control Plan level 2 as set forth

in the Texas Rules of Civil Procedure Section 190.3.

## III.

## VENUE

Venue is appropriate in Cameron County, Texas because Defendant is a resident of Cameron

County, Texas.

## IV.

## FACTS

On October 23, 2000, Mr. Camerino Martinez Cantu was working at a construction site in

Matamoros, Tamaulipas, Mexico at Inmobiliaria Tuistica de Mexico, located at Carretera a Ciudad

Victuria Rm. 4. While supervising a work crew on the sixth floor, Mr. Martinez Cantu fell through

a thin board covering an air conditioning shaft. Mr. Martinez Cantu fell six-floors through the air

conditioning shaft after the board broke and suffered massive head trauma as a result of this accident

contributing to his death.

## V.

## CAUSE OF ACTION NO. 1 NEGLIGENCE

Plaintiff would show that the Defendant Ricardo Martinez Cardenaz individually and d/b/a

as Debastes y Maquinados Industriales de Matamoros, S.A. de C.V. was constructing a Holiday Inn

at Carreterra a Ciuadad Victoria, Matamoros, Tamaulipas, Mexico on the day of the incident.

Defendants had a duty to exercise reasonable care while constructing the hotel in question. Mr.

2

Martinez Cantu's injuries were proximately caused by the Defendants' failure to discharge that duty in at least the following particulars:

1.  failing to properly maintain the premises in a safe condition for individuals such as Mr. Martinez Cantu;

2.  failing to correct the hazardous conditions;

3.  failing to have reasonably prudent maintenance operations; and

4.  failing to properly implement risk management: protecting people, property and profits.

Such acts or omissions constitute negligence and were a proximate cause of the damages and injuries suffered by the Plaintiff, for which the Plaintiff now sues the Defendants.

VI.

## WRONGFUL DEATH

Defendants are liable to all beneficiaries of Camerino Martinez Cantu, Deceased for monetary damages as a result of common-law negligence, or negligence *per se*. Defendants are liable to Plaintiff because of the rights conferred with the herein named statutes to the statutory plaintiffs and also because of common-law negligence and negligence *per se* committed by the Defendants, which proximately caused the injuries, deaths and damages resulting therefrom.

Plaintiff, Juana Maria Lerma, wife of Camerino Martinez Cantu, individually and on behalf of all beneficiaries, sues in every capacity and for every element of damages to which she is entitled by reason of the matters made the basis of this suit, including damages under the Wrongful Death Act (Tex. Civ. Prac. & Rem. Code §71.001, *et. seq.*), and the Survival Statute (Tex. Civ. Prac. & Rem. Code §71.021, *et seq.*), of the State of Texas. This suit is brought under the applicable statutes

of the State of Texas by the designated beneficiaries for the death of Camerino Martinez Cantu,

Deceased.

As a direct and proximate result of Defendants' negligence, Plaintiff, Juana Maria Lerma,

wife of Camerino Martinez Cantu, has suffered severe mental pain and anguish as a result of the

injuries and death of her husband, Camerino Martinez Cantu, Deceased.

This action is maintained by Plaintiff to recover all damages to which she may be justly

entitled, including but not limited to, the injuries of Plaintiff, Juana Maria Lerma, wife of Camerino

Martinez Cantu, and injuries and subsequent death of Camerino Martinez Cantu, Deceased.

Plaintiff's damages include but are not limited to past and future pecuniary loss, medical expenses,

funeral and burial expenses, loss of services, loss of care, advice, counsel, support, companionship,

love and affection, grief, termination of the parent/child relationship, mental anguish, and

bereavement, loss of inheritance, and the mental and emotional injuries suffered.

This action is also maintained by the Estate of Camerino Martinez Cantu, Deceased, which

is being represented by Juana Maria Lerma, to recover any damages from the injuries to and

wrongful death of Camerino Martinez Cantu, including medical expenses, funeral and burial

expenses, conscious pain and suffering, and mental anguish.

VII.

## DAMAGES

The amount of Plaintiff's actual damages exceed the minimum jurisdictional limits of the

Court. The actual and economic damages incurred by the Plaintiff includes:

a.     Medical expenses incurred for reasonable and necessary care and treatment of their
       injuries caused by said incident;

b.      Physical impairment and disability in the past;

d.      Physical pain and suffering in the past;

e.      Lost wages in the past;

f.      Loss of wage earning capacity; and

g.      Mental anguish in the past.

Considering each of the foregoing elements of damages, both past and future, Plaintiffs have suffered actual damages in excess of this Court's minimum jurisdictional limit.

WHEREFORE, Plaintiffs request that citation be issued against Defendants, and that upon final trial, Plaintiff have:

1.      Judgment against Defendants for a sum in excess of the minimum jurisdictional limits of the Court;

2.      Pre-judgment and post-judgment interest;

3.      Costs of suit;

4.      Such other and further relief to which the Plaintiff may be justly entitled.

Respectfully submitted,

SCHIRRMEISTER AJAMIE, L.L.P.

By:_____

Andrew C. Schirrmeister III
State Bar No. 17750650
Pennzoil Place - South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Telephone: (713) 860-1600
Facsimile: (713) 860-1699

AURORA DE LA GARZA CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS

BY_____DEPUTY

Ramon Noyola
State Bar No. 15129450
Attorney at Law
1225 North Loop West
Suite 220
Houston, Texas 77008
Telephone:  (713) 752-2500
Facsimile:  (713) 752-2424

Attorneys for Plaintiff
Juana Maria Lerma, Individually and as
Representative of the Estate of Camerino Martinez
Cantu and as Next Friend of Leidy Vanessa
Martinez

# SCHIRRMEISTER AJAMIE

A REGISTERED LIMITED LIABILITY PARTNERSHIP

PENNZOIL PLACE - SOUTH TOWER

711 LOUISIANA, SUITE 2150

HOUSTON, TEXAS 77002

ANDREW C. SCHIRRMEISTER III                    (713) 860-1600

acs@salawfirm.com                         FAX (713) 860-1699

www.salawfirm.com

179.01                                              November 19, 2001

**BY HAND DELIVERY**
Aurora de la Garza
Cameron County District Clerk
974 E. Harrison Street
Brownsville, Texas 78520

I have enclosed originals and two copies each of the following:

1.   **Plaintiff's Original Petition;**
2.   **Our firm check in the amount of $191.00 for payment of filing fee and issuance of two citations in the above referenced matter.**

Please prepare the citations and return to Baldemar Torres, 121 Queen Isabella Boulevard, Unit B, Port Isabel, Texas 78578 for service. Additionally, please file stamp the extra copy of this filing and return it to the delivery person. Thank you for your assistance. Should you have any questions, please do not hesitate to contact me at (713) 860-1600.

Very truly yours,

Andrew C. Schirrmeister III

ACS/ph
Enclosures
cc:   Ramon Noyola        (via regular mail)
       Law Office of Ramon Noyola
       1225 North Loop West
       Suite 1105
       Houston, Texas 77008

TO: RICARDO MARTINEZ CARDENAZ
IND. D/B/A DEBASTES Y
MAQUINADOS INDUSTRIALES DE
MATAMOROS, S.A. DE C.V.
1609 GUADALAJARA, BROWNSVILLE, TEXAS 78521 OR 2411 CALLE RETAMA
BROWNSVILLE, TEXAS 78520

, the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.   Said      PETITION      was filed on _____ A copy of same accompanies this citation.

The file number of said suit being No.  2001-12-005080-A.

The style of the case is:

JUANA MARIA LERMA, ET AL.
VS.
RICARDO MARTINEZ CARDENAZ, ET AL.

Said petition was filed in said court by      ANDREW C. SCHIRRMEISTER, III
(Attorney for      PLAINTIFF      ), whose address is
711 LOUISIANA, SUITE 2150 HOUSTON, TEXAS 77002.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Brownsville, Texas, this the 3rd day of DECEMBER, A.D. 2001.

AURORA DE LA GARZA , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _____ , Deputy

COUNTY CLERK M. CORNEJO

FILED COPY

R E T U R N   O F   O F F I C E R

Came to hand the _3rd_ day of _Dec_, _2001_, at _4:30_ o'clock _P_.M., and

executed (not executed) on the _17th_ day of _Jan_, _2002_, by delivering to

_Ricardo Martinez Cardenas_ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the _Plaintiff's Original Petition_                                         .

Cause of failure to execute this citation is: _____

_____ .

FEES serving 1 copy      _____

Total....... $ _35._      Sheriff/constable _Cameron_ County,

Fees paid by: _Andrew Schirmeister_   By _____ Deputy

_Baldomar Torres, Sr._
_Process Server_

AURORA DE LA GARZA CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS

BY _Estela Salas_ DEPUTY

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26-TRCP

RUN DATE ÕÀ▩
RUN TIME

| NAME OF PARTIES | ATTORNEYS | KIND OF A |
|---|---|---|
| JUANA MARIA LERMA, ET AL<br><br>VS<br><br>RICARDO MARTINEZ CARDENAZ, ET AL | 00279302<br>ANDREW C. SCHIRRMEISTER, III<br>711 LOUISIANA, SUITE 2150<br>HOUSTON, TEXAS   77002  0000 | (10)<br>DAMAGES |

| DATE OF ORDERS | COURT'S DOCKET (Rule 26, TRCP) |
|---|---|
| | AURORA D<br>DISTRICT COURT<br>BY Qeta |