IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUANA MARIA LERMA, INDIVIDUALLY and as REPRESENTATIVE OF THE ESTATE OF CAMERINO MARTINEZ CANTU and as NEXT FRIEND OF LEIDY VANESSA MARTINEZ, <br>    Plaintiffs, <br><br> v. <br><br> RICARDO MARTINEZ CARDENAZ, INDIVIDUALLY and D/B/A DEBASTES Y MAQUINADOS INDUSTRIALES DE MATAMOROS, S.A. DE C.V., <br>    Defendants. | § § § § § § § § § § § § § § § §  CIVIL ACTION NO. **B-02-**_____ |

## CERTIFICATE OF NOTICE OF FILING

The undersigned, attorney of record for RICARDO MARTINEZ CARDENAS, Defendant in the above styled cause, certifies that on the 6th day of February, 2002, a copy of the Notice of Removal of this action was filed with the Clerk of the 107th District Court of the State of Texas, County of Cameron, and that written notice of filing of the Notice of Removal was mailed, certified return receipt requested, to the party named above as Plaintiff in this action or to their attorney of record. Attached to the notices were copies of the Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. §1446.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 -- Telephone
(956) 546-3765 -- Telecopier

By: _____
    Dennis M. Sanchez
    State Bar No. 17569600
    Federal ID No. 1594
    C. Frank Wood
    State Bar No. 24028136
    Federal ID No. 29870

ATTORNEYS FOR DEFENDANT