

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 21 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUANA MARIA LERMA, INDIVIDUALLY and as REPRESENTATIVE OF THE ESTATE OF CAMERINO MARTINEZ CANTU and as NEXT FRIEND OF LEIDY VANESSA MARTINEZ<br>Plaintiffs<br><br>V.<br><br>RICARDO MARTINEZ CARDENAZ, INDIVIDUALLY AND D/B/A DEBASTES Y MAQUINADOS INDUSTRIALES DE MATAMOROS, S.A. DE C.V.<br>Defendants | §§§§§§§§§§§§§§§ CIVIL ACTION NO. B-02-022 |

## AGREED MOTION TO REMAND

Plaintiffs Juana Maria Lerma, Individually and as Representative of the Estate of Camerino Martinez Cantu and as Next Friend of Leidy Vanessa Martinez and Defendants Ricardo Martinez Cardenaz, Individually and d/b/a Debastes Y Maquinados Industriales de Matamoros, S.A. de C.V. respectfully file this Agreed Motion to Remand and would show the Court as follows:

I.

On December 3, 2001, Plaintiff Juana Maria Lerma, Individually and as representative of the Estate of Camerino Martinez Cantu, deceased and as Next Friend of Leidy Vanessa Martinez, filed suit against the Defendants Ricardo Martinez Cardenaz, Individually and d/b/a Debastes Y Maquinados Industriales De Matamoros, S.A. De C.V.

The Plaintiff served Ricardo Martinez Cardenaz in his individual and corporate capacities on January 17, 2002. Defendants thereupon timely removed this matter on February 7, 2002.

II.

This removal was improvident because the Defendant is an alleged resident of Texas. While actual diversity exists, the statute provides that a resident of the forum state is not permitted to remove an action claiming diversity of citizenship. That statutory provision is found at 28 U.S.C. §1441(b) and provides:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. **Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.**

(Emphasis added).

Plaintiff has contacted Defendants and informed them that the statutory provision set forth above does not permit removal. The Defendants researched this issue and concur that removal was improvident. This Agreed Motion for Remand is filed within thirty days of the removal as provided by 28 U.S.C. § 1447(c).

III.

Plaintiff does not seek sanctions or costs in connection with this improvident removal.

IV.

The parties accordingly respectfully request that the Court enter the attached Order of Remand.

Respectfully submitted,

SCHIRRMEISTER AJAMIE, L.L.P.

By: _____
      Andrew C. Schirrmeister III
      State Bar No. 17750650
      Pennzoil Place - South Tower
      711 Louisiana, Suite 2150
      Houston, Texas 77002
      Telephone: (713) 860-1600
      Facsimile: (713) 860-1699

      Ramon Noyola
      State Bar No. 15129450
      Attorney at Law
      1225 North Loop West
      Suite 220
      Houston, Texas 77008
      Telephone: (713) 752-2500
      Facsimile: (713) 752-2424

Attorneys for Plaintiff
Juana Maria Lerma, Individually and as
Representative of the Estate of Camerino Martinez
Cantu and as Next Friend of Leidy Vanessa
Martinez

SANCHEZ, WHITTINGTON, JANIS &
ZABARTE, L.L.P.

By: C. Frank Wood / w/permission by ACS III
      Dennis M. Sanchez
      State Bar No. 17569600
      Federal ID No. 1594
      C. Frank Wood
      State Bar No. 24028136
      Federal ID No. 29870
      100 North Expressway 83
      Brownsville, Texas 78521-2284
      (956) 546-3731 -- Telephone
      (956) 546-3765 -- Telecopier

Counsel for Defendants Ricardo Martinez Cardenaz
Individually and d/b/a Debastes Y Maquinados
Industriales De Matamoros, S.A. De C.V.

## Certificate of Conference

The parties have discussed this motion and respectfully request the Court enter the attached Order of Remand.

_____
Andrew C. Schirrmeister III

## Certificate of Service

I ANDREW C. SCHIRRMEISTER III hereby certify that on the __20__ day of February, 2002, a true and correct copy of the above and foregoing document was mailed via first class, United States mail, postage paid to the Clerk of the Court and to all counsel of record as listed below via first class, United States mail, postage paid and/or Certified Mail, Return Receipt Requested, and/or facsimile transmission.

Dennis M. Sanchez                    (cert mail/return receipt req.)
State Bar No. 17569600
Federal ID No. 1594
C. Frank Wood
State Bar No. 24028136
Federal ID No. 29870
100 North Expressway 83
Brownsville, Texas 78521-2284

Ramon Noyola                         (via regular mail)
Attorney at Law
1225 North Loop West
Suite 1105
Houston, Texas 77008

_____
Andrew C. Schirrmeister III