IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 26 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUANA MARIA LERMA, INDIVIDUALLY and as REPRESENTATIVE OF THE ESTATE OF CAMERINO MARTINEZ CANTU and as NEXT FRIEND OF LEIDY VANESSA MARTINEZ<br>Plaintiffs | § § § § § § § | |
| V. | § § | CIVIL ACTION NO. B-02-022 |
| RICARDO MARTINEZ CARDENAZ, INDIVIDUALLY AND D/B/A DEBASTES Y MAQUINADOS INDUSTRIALES DE MATAMOROS, S.A. DE C.V.<br>Defendants | § § § § § | |

## ORDER OF REMAND

On this 25TH day of FEBRUARY, the Court considered the Agreed Motion (DOCKET NO 4) to Remand filed by Plaintiffs Juana Maria Lerma, Individually and as Representative of the Estate of Camerino Martinez Cantu and as Next Friend of Leidy Vanessa Martinez and by Defendants Ricardo Martinez Cardenaz, Individually and dba Debastes Y Maquinados Industriales de Matamoros, S.A. de C.V. After considering the pleading, the Court grants the Motion.

The Court accordingly hereby remands this matter to the 107th Judicial District Court of Cameron County, Texas.

ENTERED this 25th day of February, 2002.

_____
UNITED STATES DISTRICT JUDGE