IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA G. PENA § | |
| Individually and on behalf of all § | |
| others similarly situated § | |
| § | |
| Plaintiffs, § | |
| § | |
| § | CIVIL ACTION NO. B-02-022 |
| VS. § | |
| § | |
| § | |
| NATIONAL CREDITOR ADJUSTERS § | |
| Defendant. § | |

### CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the January 22, 2003, Order of the Court, Plaintiff hereby lists all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, as such are known to Plaintiff or his counsel as of this date:

Plaintiff: MARIA G. PENA

Absent Class Members

Defendant: National Credit Adjusters

In addition to the parties, counsel for plaintiff may be considered financially interested and are therefore disclosed by firm. Counsel for defendant may be considered financially interested but are not disclosed at this time as they are not yet known.

Law Office of Stephen Gardner, P.C.

Law Offices of John Ventura, P.C.

DATED: January 31, 2003

RESPECTFULLY SUBMITTED,

By: _____
John Ventura.
Texas Bar No. 20545700
Federal ID No. 1646
Daniel Whitworth
Federal ID No. 23119
Texas Bar No. 24008275
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone:   956-546-9398
Telecopier:   956-542-1478
Counsel for Plaintiff and the Class

Stephen Gardner
Texas Bar No. 07660600
Law Office of Stephen Gardner, PC
1845 Woodall Rodgers Freeway, Suite 1750
Dallas, Texas 75201
Telephone:   214-954-0663
Telecopier:   214-871-8957
Counsel for Plaintiff and the Class

### Certificate of Service

I certify that a true and correct copy of this document was served on all parties, in compliance, with Rule 5 of the Federal Rules of Civil Procedure, on January 31, 2003 to:

Certified Mail R.R.R.
National Credit Adjusters
c/o Secretary of State
P.O. Box 12887
Austin, Texas 78711-2887

By: _____
John Ventura
Daniel Whitworth